AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

U.S. Postal Service Priority Mail parcel 9405 5368 9784 6353 6627 26 addressed to "Cortland Reid Williams, PO Box 349, Centerburg, OH 43011-0349"

Case No. 2:20-mj-836

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is fully incorporated herein.

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is fully incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. § 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
See the attached Affidavit of Special Agent Dustin L. Rambacher, which is fully incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Dustin L. Rambacher, Special Agent USPS OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 7, 2020

City and state: Columbus, OH

_____
Kimberly A. Jolson
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF THE SEARCH OF
U.S. POSTAL SERVICE PRIORITY MAIL
PARCEL 9405 5368 9784 6353 6627 26
ADDRESSED TO "CORTLAND REID
WILLIAMS, PO BOX 349, CENTERBURG,
OH 43011-0349"

Case No. _____

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

I, Dustin L. Rambacher, being duly sworn, deposes and states the following:

1. I am a Special Agent for the U.S. Postal Service Office of Inspector General (USPS OIG) assigned to conduct general investigations of USPS employees and the abuse of U.S. Mail. I have been a USPS OIG Special Agent since 2011. During this time, I have been assigned to conduct investigations of narcotics and internal mail theft, investigating the mailing of illegal narcotics, their proceeds, and the theft, rifling, destruction, mistreatment, willful delay, or tampering of the U.S. Mail. I have training and experience in the enforcement of laws in the United States, including training on how to conduct drug related investigations, search and seizure laws, evidence handling and processing, and drug identification and field testing. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have a Bachelor's degree in criminal justice from the University of Mount Union and a Master's degree in criminal justice from the University of Cincinnati.

2. The information in this affidavit is based on personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all facts related to this case.

3

3. On November 20, 2020, I received information about possible abuse of the U.S. Mail. I was provided a recording of a video posted to an Instagram account named "cortland15563". In this video, a person resembling Cortland Williams of Centerburg, Ohio, is observed in the video (the resemblance was drawn from a comparison between Cortland Williams's driver's license picture and the person in the video), along with images of a several dark-colored tablets, on top of what appeared to be a cut open vacuum seal bag, with overlayed text stating "Reaper xtc pills 350mg" and "Weigh out to .4 pressed in Finland." Also in this video was a plastic bag filled with orange-colored tablets with overlayed text stating "30mg addies." I know that the terms "xtc" and "addies" are used as slang terms for the drugs ecstasy and Adderall, respectively. I also know that vacuum seal bags are often used to ship illegal drugs through U.S. Mail.

4. On December 3, 2020, I conducted a review of parcels inbound to Central Ohio. In this review, I observed that a parcel was inbound to PO Box 349, Centerburg, OH 43011-0349. The parcel (TARGET PARCEL), Priority Mail parcel 9405 5368 9784 6353 6627 26, is addressed to "Cortland Reid Williams." The return address on TARGET PARCEL is "Serenity Gift Shop, 2627 Douglas Avenue 115, Dallas, TX 75219." TARGET PARCEL originated in Texas on December 2, 2020.

5. On December 5, 2020, I intercepted and took custody of TARGET PARCEL from the mailstream in the Southern District of Ohio. TARGET PARCEL was located in a postal facility in mail transportation equipment destined for Centerburg, Ohio. TARGET PARCEL is currently secured at a Central Ohio Drug Enforcement (CODE) Task Force office located in the Southern District of Ohio.

11. Based on the foregoing facts, probable cause exists to believe that TARGET PARCEL, USPS Priority Mail Express parcel with tracking number 9405 5368 9784 6353 6627 26, contains controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b). I respectfully request the Court to find probable cause to issue a search warrant to search the parcel described in Attachment A for the items listed in Attachment B.

_____
Dustin L. Rambacher
Special Agent
U.S. Postal Service
Office of Inspector General

Sworn and subscribed before me this ___7th___ day of December 2020.

_____
Kimberly A. Jolson
United States Magistrate Judge

6